IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OMAHA TRIBE OF NEBRASKA, )
)
Plaintiff, )
)
v. ) Case No. 06-00911L
) Judge Nancy B. Firestone
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case is temporarily stayed until June 29, 2007;

3. On or before June 29, 2007, the parties shall file a joint status report, informing the Court of the outcome of their joint discussion and making a proposal to the Court about whether and how to proceed with the case. To the extent appropriate or feasible, the parties' joint proposal shall include recommendations regarding filing deadlines for such items as Defendant's Answer or response to the Complaint and the parties' Joint Preliminary Status Report ("JPSR") pursuant to Appendix A, ¶ 4 of the Rules of the Court of Federal Claims ("RCFC").

SO ORDERED.

Date: ____________________ ______________________________

HON. NANCY B. FIRESTONE
United States Court of Federal Claims