# In the United States Court of Federal Claims

**No. 06-911L**
**(Filed: July 2, 2007)**

* * * * * * * * * * * * * * * * *
OMAHA TRIBE OF NEBRASKA,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed June 29, 2007, for a six month enlargement of the temporary stay of litigation in the above-captioned case so that the parties may continue settlement discussions is **GRANTED**. Accordingly, the case is **STAYED** until **Wednesday, December 26, 2007**. Unless significant progress is made towards a final resolution the parties should be prepared to move forward with this litigation at the conclusion of the temporary stay.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge