# In the United States Court of Federal Claims

**No. 06-911L**
**(Filed: January 8, 2008)**

* * * * * * * * * * * * * * * * *
*
**OMAHA TRIBE OF NEBRASKA,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** a status conference for **Friday, January 11, 2008 at 2:30 pm eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (310) 552-3800; counsel for defendant at (202) 305-0450.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge