# In the United States Court of Federal Claims

**No. 06-911L**
**(Filed: July 24, 2008)**

* * * * * * * * * * * * * * * * *
*
**OMAHA TRIBE OF NEBRASKA,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed July 21, 2008, for leave to file out of time a supplement to their joint status report dated July 3, 2008 is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge